# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Allstate Property and Casualty Insurance Company,

          Plaintiff,

v.

Jeff Tortora, et al.,

          Defendants.

Case No. 2:20-cv-078-APG-BNW

**ORDER**

      Plaintiff Allstate Property and Casualty Insurance Company filed this action on the basis of diversity jurisdiction. Because the complaint does not identify the citizenship of the members of the limited liability company defendants, I ordered Allstate to show cause why this case should not be dismissed for lack of subject matter jurisdiction.

      Allstate's response to my order refers to the Nevada Secretary of State's webpage for the LLC members. But that site lists only the manager of the LLCs, not every member of the LLCs. And "an LLC is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Thus, my order to show cause has not been satisfied yet. However, I will not dismiss this case at this time. But Allstate must prove that this court has diversity jurisdiction over this case before a judgment can be entered.

      Dated: February 18, 2020.

                                                ANDREW P. GORDON
                                                UNITED STATES DISTRICT JUDGE