McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
   *wade.hansard@mccormickbarstow.com*
Renee M. Maxfield
Nevada Bar No. 12814
   *renee.maxfield@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> JEFF TORTORA, individually; DANIEL JOSEPH FACCHIAN, an individual; TCB LAS VEGAS, LLC dba COUNT'S VAMP'D ROCK BAR & GRILL; COUNTS KUSTOMS, LLC; DOE SECURITY GUARD EMPLOYEE; ROE SECURITY COMPANY; DOES I through X; and ROE CORPORATION, XI through XX, inclusive, jointly and severally, <br><br> Defendants. | Case No. 2:20-cv-00078-APG-BNW <br><br> **MOTION TO ENLARGE TIME TO SERVE DEFENDANTS** |

COMES NOW, Plaintiff ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY("ALLSTATE"), by and through its attorneys of record of the law firm McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP, hereby moves this Honorable Court pursuant to FRCP 4(e) and NRCP 4(e)(1), for Order enlarging the time to serve Defendants TORTORA, FACCHIAN and COUNTS KUSTOMS, LLC.

/ / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 West Sunset
Road, Suite 350

Case No. 2:20-cv-00078-APG-BNW

MOTION TO ENLARGE TIME TO SERVE DEFENDANTS

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.
## INTRODUCTION AND FACTUAL BACKGROUND

This dispute arises out of an incident that occurred during a band performance by Defendant TORTORA, on June 23, 2018 at a Club called "Counts Vamp'd Bar & Grill" in Las Vegas. TORTORA was a performer in the band Tinnitus playing at the Club. According to Plaintiff's investigation, during the course of the concert at the Club the claimant, Defendant FACCHIAN, gestured at TORTORA encouraging him to "dive" into the audience, presumably to perform a maneuver that is often referred to as "crowd surfing". Unfortunately, FACCHIAN was unable to hold TORTORA and they both fell. The band, Tinnitus, for which TORTORA is the lead singer, was performing at the bar for compensation. As a result, FACCHIAN filed suit against TORTORA and the other Defendants for personal injuries on June 13, 2019 (hereinafter "Underlying Suit"). Allstate is defending TORTORA under a reservation of rights.

Based on the foregoing, Allstate filed a Complaint for Declaratory Relief on January 13, 2020. *See* Document No. 1. On January 14, 2020, this Court issued an Order to Show Cause Why The This Action Should Not Be Dismissed. On February 7, 20102, Plaintiff responded to the OSC *See* Document No. 6, and on February 18, 2020, the Court ruled on its Order to Show Cause and allowed this matter to proceed forward. *See* Document No. 8. Plaintiff's counsel sent the Summons and Complaint for Declaratory Relief out for service with First Legal, a process server, so that proper service could be effectuated on all Defendants. *See* Exhibit 1, *Declaration of Plaintiff's Counsel*, para. 4.

As set forth in the Declaration, Count's Vamp'd Rock Bar & Grill was served on March 12, 2020, by a process server with First Legal. Exhibit A to *Declaration of Plaintiff's Counsel*. On March 11, 2020, a process server with First Legal attempted to serve the Summons and Complaint for Declaratory Relief upon Counts Kustoms, LLC's Registered Agent as listed with the Nevada Secretary of State, Kimberly D. Koker at 9030 W. Sahara Avenue, Suite 299, Las Vegas, Nevada 89117. When First Legal went to that address, it was discovered to be a UPS Post Office Box and the

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET
ROAD, SUITE 350

Case No. 2:20-cv-00078-APG-BNW

MOTION TO ENLARGE TIME TO SERVE DEFENDANTS

Clerk at said location advised that the company, registered agent, and none of the listed officers for the company had a box at the store. Exhibit B to *Declaration of Plaintiff's Counsel.* On March 14, 2020, a process server with First Legal attempted to serve the Summons and Complaint for Declaratory Relief upon Daniel Joseph Facchian at the last known address know to Plaintiff (4400 S. Jones Boulevard, #2043, Las Vegas, Nevada 89103). When First Legal went to that address, they were advised by the current resident of one week, that they did not know Mr. Facchian and no additional information could be obtained at that location. Plaintiff ordered that a skip trace be conducted and an additional possible address was discovered. First Legal sent a process served to the new address (5456 Overland Express Street, Las Vegas, Nevada 89118) but that address was also unsuccessful. The landlord advised that Mr. Facchian no longer lives that. Exhibit C to *Declaration of Plaintiff's Counsel.* From March 10 to March 16, 2020, four attempts where make by process servers with First Legal to serve the Summons and Complaint for Declaratory Relief upon Jeff Tortora at the last known address know to Plaintiff (4497 La Roca Circle, Las Vegas, Nevada 89121). Each time First Legal went to that address no one answered the door. Plaintiff ordered that a skip trace be conducted and an additional possible address was discovered. To date service at that address has not been successful. Exhibit D to *Declaration of Plaintiff's Counsel.* Plaintiff's counsel has also sent letters to attorneys asking whether they can accept service for Defendants Facchian and Kounts Customs LLC. Exhibit E to *Declaration of Plaintiff's Counsel.*

## II.
## LEGAL ARGUMENT

### A.   MOTION TO ENLARGE TIME TO SERVE ALL DEFENDANTS

Local Rule of Practice for the United States District Court for the District of Nevada, LR IC 3-1, states in relevant part: "In the absence of a court order, the applicable Federal Rules, statutes, or local rules govern computing and extending time for serving and filing of all documents notwithstanding any contrary deadline in a Notice of Electronic Filing."

FRCP 6(b) provides:

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 WEST SUNSET
ROAD, SUITE 350

3                    Case No. 2:20-cv-00078-APG-BNW

MOTION TO ENLARGE TIME TO SERVE DEFENDANTS

1     (b) Extending Time.

2     (1) In General. When an act may or must be done within a specified
time, the court may, for good cause, extend the time:

3

    (A) with or without motion or notice if the court acts, or if a request is
4     made, before the original time or its extension expires . . ..

5        Here, good cause exists for an Order enlarging the time to serve the Summons and Complaint

6 on all Defendants. First, the Order on the OSC, which would potentially dismissed the case, was filed

7 on February 18, 20020. Thereafter, as detailed in the attached declaration, the Summons and

8 Complaint was sent out for service with First Legal , a process server, so that proper service could be

9 effectuated on all Defendants. First Legal attempted to serve the Defendants and has been unable to

10 serve three due to the address listed with the Secretary of State was a mailbox drop and the two

11 individual defendants have moved. First Legal is still attempting to develop alternate addresses and

12 letters have been sent to the two attorneys who are believed to be associated with two of the

13 defendants requesting they accept service.

14        Finally, as the Court is well aware, The Covid-19 pandemic has limited the ability to

15 personally try to canvas neighbors or do surveillance on the defendants to develop leads for service.

16        As demonstrated above, good cause exists for an Order enlarging the time by ninety (90) days

17 to serve the Summons and Complaint for Declaratory Relief on all Defendants.

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET
ROAD, SUITE 350

4     Case No. 2:20-cv-00078-APG-BNW

MOTION TO ENLARGE TIME TO SERVE DEFENDANTS

**III.**
**CONCLUSION**

Based on the foregoing, Plaintiff ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY an Order enlarging the time to serve all Defendants to a date of ninety (90) days after the date of the Court's order granting this Motion.

DATED this 10th day of April, 2020

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By       /s/ Wade M. Hansard
Wade M. Hansard
Nevada Bar No. 8104
Renee M. Maxfield
Nevada Bar No. 12814
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Attorneys for ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY

6763024.1

**IT IS SO ORDERED**

**DATED: April 13, 2020**

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET
ROAD, SUITE 350

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April, 2020, a true and correct copy of **MOTION TO ENLARGE TIME TO SERVE DEFENDANTS** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By    /s/ Cheryl A. Schneider
                 Cheryl A. Schneider, an Employee of
                 MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET
ROAD, SUITE 350