# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>  Plaintiff<br><br>v.<br><br>JEFF TORTORA, et al.,<br><br>  Defendants | Case No.: 2:20-cv-00078-APG-BNW<br><br>**Order** |

In light of plaintiff Allstate Property and Casualty Insurance Company's response (ECF No. 28) to the notice of intent to dismiss under Federal Rule of Civil Procedure 4(m) (ECF No. 25),

I ORDER that defendant Counts Kustoms, LLC has waived any challenge to service of process and therefore Counts Kustoms, LLC will not be dismissed for failure to timely serve.

DATED this 31st day of August, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE