McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
  *wade.hansard@mccormickbarstow.com*
Renee M. Maxfield
Nevada Bar No. 12814
  *renee.maxfield@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:     (702) 949-1100
Facsimile:     (702) 949-1101

*Attorneys for Plaintiff Allstate Property and Casualty Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JEFF TORTORA, individually; DANIEL JOSEPH FACCHIAN, an individual; TCB LAS VEGAS, LLC dba COUNT'S VAMP'D ROCK BAR & GRILL; COUNTS KUSTOMS, LLC; DOE SECURITY GUARD EMPLOYEE; ROE SECURITY COMPANY; DOES I through X; and ROE CORPORATION, XI through XX, inclusive, jointly and severally,<br><br>Defendants. | Case No. 2:20-cv-00078-APG-BNW<br><br>**ORDER FOR RETURN OF SECURITY COST DEPOSIT** |

This matter having come before the Court, and the Court being fully advised in the matter, which has been dismissed, Plaintiff ALLSTATE INSURANCE COMPANY hereby seeks return of the security for costs, deposited on May 21, 2020.

/ / /

/ / /

/ / /

1    IT IS HEREBY ORDERED that Plaintiff's security cash deposit in the total amount of
2  $1,000.00 is to be released by the Court to McCormick, Barstow, Sheppard, Wayte & Carruth, LLP.
3    DATED this 24th day of March, 2022

_____

UNITED STATES DISTRICT COURT

Submitted by:

MCCORMICK, BARSTOW, SHEPPARD,
CARRUTH, LLP

_/s/ Renee Maxfield_____

Wade M. Hansard
Nevada Bar No. 8104
Renee M. Maxfield
Nevada Bar No. 12814
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100
*Attorneys for Plaintiff*

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. Sunset Rd Suite 350
Las Vegas, NV 89113

2

Case No. 2:20-cv-00078-APG-BNW
ORDER FOR RETURN OF SECURITY COST DEPOSIT