UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JEFF TORTORA, individually; DANIEL JOSEPH FACCHIAN, an individual; TCB LAS VEGAS, LLC dba COUNT'S VAMP'D ROCK BAR & GRILL; COUNTS KUSTOMS, LLC; DOE SECURITY GUARD EMPLOYEE; ROE SECURITY COMPANY; DOES I through X; and ROE CORPORATION, XI through XX, inclusive, jointly and severally,<br><br>Defendants. | Case No. 2:20-cv-0078-APG-BNW<br><br>**AMENDED ORDER FOR RETURN OF SECURITY COST DEPOSIT** |

I HEREBY ORDER that the plaintiff's security cash deposit in the amount of $1,000.00, plus any accrued interest, is to be released by the court to McCormick, Barstow, Sheppard, Wayte & Carruth, LLP.

Dated this 31st day of March 2022.

_____
ANDREW P. GORDON
UNITED STATE DISTRICT COURT JUDGE